# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SMITH, MICHAEL R. § Case No. 13-31202
§
_____Debtor_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/05/2013 . The undersigned trustee was appointed on 08/05/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $    55,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 10,305.46 |
| Bank service fees | 456.91 |
| Other payments to creditors | 2,500.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 26,737.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/21/2014 and the deadline for filing governmental claims was 02/03/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,750.00 , for a total compensation of $ 4,750.00 $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.35 , for total expenses of $ 5.35 $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2017                By: /s/JOSEPH E. COHEN
                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-31202 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | SMITH, MICHAEL R. | | Date Filed (f) or Converted (c): | 08/05/13 (f) |
| | | | 341(a) Meeting Date: | 09/12/13 |
| For Period Ending: | 06/14/17 | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home located at 810 North Avenue Wau | 99,500.00 | 0.00 | | 55,000.00 | FA |
| 2. Checking account used to pay household, personal | 50.00 | 0.00 | | 0.00 | FA |
| Checking account used to pay household, personal expenses | | | | | |
| 3. Household furniture, funsihings, appliances and el | 500.00 | 0.00 | | 0.00 | FA |
| Household furniture, funsihings, appliances and electronics | | | | | |
| 4. Clothes & personal items | 100.00 | 0.00 | | 0.00 | FA |
| Clothes & personal items | | | | | |
| 5. American Family Insurance Company Whole life polic | 1,500.00 | 0.00 | | 0.00 | FA |
| American Family Insurance Company Whole life policy $50,000 face value Borrowed $1,000.00 in June, 2013 Balance available $1,500.00 | | | | | |
| 6. Sole owner of at home business: North Avenue, Wauk | 1,000.00 | 0.00 | | 0.00 | FA |
| Sole owner of at home business: North Avenue, Waukegan, IL | | | | | |
| 7. 2002 Chevrolet Express 2500 Cargo Van | 3,500.00 | 0.00 | | 0.00 | FA |
| 2002 Chevrolet Express 2500 Cargo Van | | | | | |
| 8. 1998 Chevy Silverado truck (inoperable) | 500.00 | 0.00 | | 0.00 | FA |
| 1998 Chevy Silverado truck (inoperable) | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $106,650.00   $0.00   $55,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE REISSUED CHECK TO BRADBURY; TFR TO FOLLOW - JUNE 7, 2017

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-31202 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | SMITH, MICHAEL R. | Date Filed (f) or Converted (c): 08/05/13 (f) |
| | | 341(a) Meeting Date: 09/12/13 |
| | | Claims Bar Date: 01/21/14 |

TRUSTEE ISSUED CHECK TO RESOLVE LIEN WITH BRADBURY'S ON 3/20/17 - 3/28/17

TRUSTEE RESOLVING OUTSTANDING LIEN THAT ATTACHED TO SALE PROCEEDS - 1/10/17. TRUSTEE ATTEMPTING TO SETTLE LIEN ISSUES - 10/31/16. TRUSTEE FILED MOTIONS TO EMPLOY SPECIAL COUNSEL AND SELL REAL ESTATE - 7/31/16. WAITING FOR PROPERTY TO SELL - 4/30/16. PROPERTY IS LISTED FOR SALE BUT NO OFFERS YET - 01/20/16. BROKER HAS BEEN EMPLOYED AND PROPERTY LISTED FOR SALE - Oct. 31, 2015. NO CHANGE - July 30, 2015. TRUSTEE IS EMPLOYING A REAL ESTATE BROKER - April 30, 2015. TRUSTEE FILING MOTION TO SELL FREE AND CLEAR OF LIENS - Jan. 17, 2015. TRUSTEE DETERMINED THAT MORTGAGE WAS RECORDED IN THE WRONG COUNTY. TRUSTEE WILL EMPLOY REAL ESTATE BROKER AND SELL PROPERTY. - July 17, 2014. SAME - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 09/30/15      Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-31202 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, MICHAEL R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6470 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3923 | | | |
| For Period Ending: | 06/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/13/16 | 1 | CHICAGO TITLE & TRUST COMPANY<br>5101 WASHINGTON STREET, #23<br>GURNEE, IL 60031 | Sale of real estate | | 29,708.74 | | 29,708.74 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:  55,000.00<br>SALE OF REAL ESTATE | 1110-000 | | | |
| | | COLDWELL BANKER | Memo Amount:  ( 2,715.00 )<br>Broker's real estate commission<br>Cash surrender value | 3510-000 | | | |
| | | COUVALL REAL ESTATE | Memo Amount:  ( 1,080.00 )<br>Broker's real estate commission | 3510-000 | | | |
| | | CHICATO TITLE | Memo Amount:  ( 2,515.50 )<br>Title charges & prorations | 2500-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount:  ( 55.00 )<br>Transfer Taxes | 2820-000 | | | |
| | | CITY OF WAUKEGAN WATER DEPT | Memo Amount:  ( 195.78 )<br>water bill | 2500-000 | | | |
| | | NORTH SHORE WATER RECOLAMATION DIST | Memo Amount:  ( 117.58 )<br>Water District | 2500-000 | | | |
| | | | Memo Amount:  ( 50.00 )<br>Walk Through Credit | 2500-000 | | | |
| | | MICHAEL R. SMITH | Memo Amount:  ( 15,000.00 )<br>Homestead | 8100-000 | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:  ( 3,534.90 )<br>Real estate taxes | 2820-000 | | | |
| | | LAKE COUNTY | Memo Amount:  ( 27.50 )<br>Transfer Taxes | 2820-000 | | | |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.06 | 29,681.68 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.12 | 29,637.56 |
| | | | Page Subtotals | | 29,708.74 | 71.18 | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-31202 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SMITH, MICHAEL R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6470 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3923 | | |
| For Period Ending: | 06/14/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.64 | 29,594.92 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.00 | 29,550.92 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.52 | 29,508.40 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.87 | 29,464.53 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.81 | 29,420.72 |
| 02/20/17 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | BOND#016073584 | 2300-000 | | 14.20 | 29,406.52 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.51 | 29,367.01 |
| * 03/20/17 | 300002 | BRAD'S PRINTING C/O JACK BRADBURY, PRESIDENT 925 W GLEN FLORA AVENUE WAUKEGAN, IL 60085 | SETTLEMENT OF CLAIM | 4120-004 | | 2,500.00 | 26,867.01 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.66 | 26,823.35 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 26,781.16 |
| * 06/06/17 | 300002 | BRAD'S PRINTING C/O JACK BRADBURY, PRESIDENT 925 W GLEN FLORA AVENUE WAUKEGAN, IL 60085 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 4120-004 | | -2,500.00 | 29,281.16 |
| 06/06/17 | 300003 | BRAD'S PRINTING 519 N. FROLIC AVENUE WAUKEGAN, IL 60085 | SETTLEMENT OF CLAIM | 4120-000 | | 2,500.00 | 26,781.16 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.53 | 26,737.63 |

Page Subtotals 0.00 2,899.93

Ver: 20.00a

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 13-31202 -ABG |
| Case Name: | SMITH, MICHAEL R. |
| Taxpayer ID No: | *******3923 |
| For Period Ending: | 06/14/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6470  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 55,000.00 | COLUMN TOTALS | | 29,708.74 | 2,971.11 | 26,737.63 |
| Memo Allocation Disbursements: | 25,291.26 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 29,708.74 | 2,971.11 | |
| Memo Allocation Net: | 29,708.74 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 29,708.74 | 2,971.11 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 55,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 25,291.26 | Checking Account (Non-Interest Earn - *******6470 | | 29,708.74 | 2,971.11 | 26,737.63 |
| Total Memo Allocation Net: | 29,708.74 | | | 29,708.74 | 2,971.11 | 26,737.63 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Ver: 20.00a

LFORM24

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 14, 2017 |

Case Number: 13-31202  
Debtor Name: SMITH, MICHAEL R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Administrative | | $4,755.35 | $0.00 | $4,755.35 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $5,731.78 | $0.00 | $5,731.78 |
| ADMIN 3<br>001<br>3210-60 | RICHARD PATINKIN<br>89 LINCOLNWOOD<br>HIGHLAND PARK, IL  60015 | Administrative | | $3,185.00 | $0.00 | $3,185.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA  70139 | Administrative | | $14.20 | $14.20 | $0.00 |
| NA<br>050<br>4120-00 | BRADS PRINTING<br>C/O JACK BRADBURY, PRESIDENT<br>925 W GLEN FLORA AVENUE<br>WAUKEGAN, IL  60085 | Secured | | $2,500.00 | $2,500.00 | $0.00 |
| 000005A<br>040<br>5800-00 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $77,109.94 | $0.00 | $77,109.94 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $485.29 | $0.00 | $485.29 |
| 000002<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $472.63 | $0.00 | $472.63 |
| 000003<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $1,555.77 | $0.00 | $1,555.77 |
| 000004<br>070<br>7100-00 | Wells Fargo Bank, N.A.,<br>Fidelity National Law Group<br>Attn: Erik J. Anderson<br>10 S. LaSalle Street, Suite 2750<br>Chicago, IL 60603 | Unsecured | | $161,651.98 | $0.00 | $161,651.98 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 14, 2017 |

Case Number:  13-31202  
Debtor Name:  SMITH, MICHAEL R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | Department of Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $122.00 | $0.00 | $122.00 |
| | Case Totals: | | | $257,583.94 | $2,514.20 | $255,069.74 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-31202
Case Name: SMITH, MICHAEL R.
Trustee Name: JOSEPH E. COHEN

| | Balance on hand | $ | 26,737.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| NA | BRADS PRINTING | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 26,737.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 5.35 | $ 0.00 | $ 5.35 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 5,585.00 | $ 0.00 | $ 5,585.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 146.78 | $ 0.00 | $ 146.78 |
| Other: RICHARD PATINKIN | $ 3,185.00 | $ 0.00 | $ 3,185.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.20 | $ 14.20 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 13,672.13 |
| Remaining Balance | $ | 13,065.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 77,109.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Department of Treasury Internal Revenue | $ 77,109.94 | $ 0.00 | $ 13,065.50 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 13,065.50 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 164,287.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 485.29 | $ 0.00 | $ 0.00 |
| 000002 | Capital One, N.A. | $ 472.63 | $ 0.00 | $ 0.00 |
| 000003 | eCAST Settlement Corporation, assignee | $ 1,555.77 | $ 0.00 | $ 0.00 |
| 000004 | Wells Fargo Bank, N.A., | $ 161,651.98 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Department of Treasury Internal Revenue | $ 122.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*