IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MICHAEL R. SMITH,** | ) | No. 13 B 31202 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO: SEE ATTACHED LIST

I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 24, 2017 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 West Madison St.,
Suite 1100                                            BY:/s/ Joseph E. Cohen
Chicago, IL 60602                                          Attorney for Debtor
312/368-0300
jcohen@cohenandkrol.com

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Chase Bank USA
P.O. Box 15298
Wilmington, DE 19850-5298

Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Department of Treasury  Internal Revenue Ser
P O Box 7346
Philadelphia, PA  19101-7346

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

John L. Joanem
John L. Joanem and Associates, P.C.
521 Clayton St
Waukegan, IL 60085-4217

Michael R. Smith
810 North Avenue
Waukegan, IL 60085-3814

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Wells Fargo Bank, N.A.,
Fidelity National Law Group
Attn: Erik J. Anderson
10 S. LaSalle Street, Suite 2750
Chicago, IL 60603-1108

Wells Fargo Bank, NA
P.O. Box 10388
Des Moines, IA 50306-0388