UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| SMITH, MICHAEL R. | § | Case No. 13-31202 |
| | § | |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 22,150.00 |
| Total Distributions to Claimants:  15,788.50 | Claims Discharged<br>Without Payment:  368,755.83 |
| Total Expenses of Administration:  24,211.50 | |

3) Total gross receipts of $ 55,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 170,549.77 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,211.50 | 24,211.50 | 24,211.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 77,109.94 | 77,109.94 | 13,288.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 140,646.72 | 164,287.67 | 164,287.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 311,196.49 | $ 268,109.11 | $ 268,109.11 | $ 40,000.00 |

4) This case was originally filed under chapter 7 on 08/05/2013 . The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/21/2018          By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 55,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL R. SMITH | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Bank, NA P.O. Box 10388 Des Moines, IA 50306-0388 |  | 170,549.77 | NA | NA | 0.00 |
| NA | BRADS PRINTING | 4120-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 170,549.77** | **$ 2,500.00** | **$ 2,500.00** | **$ 2,500.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 4,750.00 | 4,750.00 | 4,750.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 5.35 | 5.35 | 5.35 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 14.20 | 14.20 | 14.20 |
| CHICATO TITLE | 2500-000 | NA | 2,515.50 | 2,515.50 | 2,515.50 |
| CITY OF WAUKEGAN WATER DEPT | 2500-000 | NA | 195.78 | 195.78 | 195.78 |
| NORTH SHORE WATER RECOLAMATION DIST | 2500-000 | NA | 117.58 | 117.58 | 117.58 |
| Walk Through Credit | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| ASSOCIATED BANK | 2600-000 | NA | 456.91 | 456.91 | 456.91 |
| LAKE COUNTY | 2820-000 | NA | 27.50 | 27.50 | 27.50 |
| LAKE COUNTY TREASURER | 2820-000 | NA | 3,534.90 | 3,534.90 | 3,534.90 |
| STATE OF ILLINOIS | 2820-000 | NA | 55.00 | 55.00 | 55.00 |
| COHEN & KROL | 3110-000 | NA | 3,723.33 | 3,723.33 | 3,723.33 |
| JOSEPH E. COHEN | 3110-000 | NA | 1,861.67 | 1,861.67 | 1,861.67 |
| COHEN & KROL | 3120-000 | NA | 146.78 | 146.78 | 146.78 |
| RICHARD PATINKIN | 3210-600 | NA | 2,962.00 | 2,962.00 | 2,962.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COLDWELL BANKER | 3510-000 | NA | 2,715.00 | 2,715.00 | 2,715.00 |
| COUVALL REAL ESTATE | 3510-000 | NA | 1,080.00 | 1,080.00 | 1,080.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,211.50 | $ 24,211.50 | $ 24,211.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | DEPARTMENT OF TREASURY INTERNAL REV | 5800-000 | NA | 77,109.94 | 77,109.94 | 13,288.50 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 77,109.94 | $ 77,109.94 | $ 13,288.50 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130 | | 1,070.00 | NA | NA | 0.00 |
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | 13,076.00 | NA | NA | 0.00 |
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | 1,858.00 | NA | NA | 0.00 |
| | Deborah Vivirito c/o Blitt & Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090 | | 14,800.00 | NA | NA | 0.00 |
| | Ellis J. Neiburger DDS Capital Accounts P.O. Box 140065 Nashville, TN 37214 | | 236.00 | NA | NA | 0.00 |
| | Fifth Third Bank 5050 Kingsley Drive Cincinnati, OH 45227 | | 4,529.00 | NA | NA | 0.00 |
| | HSBC Bank Nevada, NA Midland Credit Management, Inc. 8875 Aero Drive, Ste. 200 San Diego, CA 92123 | | 524.94 | NA | NA | 0.00 |
| | Kohls/Capital One P.O. Box 3115 Milwaukee, WI 53201 | | 472.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake Shore Pathologists, S.C. 520 E. 22nd Street Lombard, IL 60148 | | 274.00 | NA | NA | 0.00 |
| | Midway Emergency Physicians LLC Durham & Durham LLP 5665 New Northside Dr., #340 Atlanta, GA 30328 | | 605.50 | NA | NA | 0.00 |
| | National Credit Adjusters 327 W. Fourth Avenue Hutchinson, KS 67501 | | 21,391.00 | NA | NA | 0.00 |
| | Office of Attorney General 100 West Randolph Street 13th Floor Chicago, IL 60601 | | 70,803.33 | NA | NA | 0.00 |
| | Peaks Investments 402 S. Lewis Avenue Waukegan, IL 60085 | | 6,000.00 | NA | NA | 0.00 |
| | Sears/Citibank P.O. Box 6282 Sioux Falls, SD 57117 | | 895.00 | NA | NA | 0.00 |
| | Thomas & Thomas Medical LTD Certified Services 1733 Washington St., Ste. 201 Waukegan, IL 60085 | | 35.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United States Postal Service Alliance One Receivables 6565 Kimball Dr., Ste. 200 Gig Harbor, WA 98335 | | 905.00 | NA | NA | 0.00 |
| | Vista Imaging Assoc. P.O. Box 2049 Milwaukee, WI 53201-2049 | | 35.00 | NA | NA | 0.00 |
| | Vista Medical Center - West Credit Control, LLC 5757 Phantom Dr., Ste. 330 Hazelwood, MO 63042 | | 3,136.95 | NA | NA | 0.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 485.29 | 485.29 | 0.00 |
| 000002 | CAPITAL ONE, N.A. | 7100-000 | NA | 472.63 | 472.63 | 0.00 |
| 000005 | DEPARTMENT OF TREASURY INTERNAL REV | 7100-000 | NA | 122.00 | 122.00 | 0.00 |
| 000003 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 1,555.77 | 1,555.77 | 0.00 |
| 000004 | WELLS FARGO BANK, N.A., | 7100-000 | NA | 161,651.98 | 161,651.98 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 140,646.72 | $ 164,287.67 | $ 164,287.67 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 13-31202 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: SMITH, MICHAEL R. | Date Filed (f) or Converted (c): 08/05/13 (f) |
| | 341(a) Meeting Date: 09/12/13 |
| For Period Ending: 03/21/18 | Claims Bar Date: 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home located at 810 North Avenue Wau | 99,500.00 | 0.00 | | 55,000.00 | FA |
| 2. Checking account used to pay household, personal | 50.00 | 0.00 | | 0.00 | FA |
| Checking account used to pay household, personal expenses | | | | | |
| 3. Household furniture, funsihings, appliances and el | 500.00 | 0.00 | | 0.00 | FA |
| Household furniture, funsihings, appliances and electronics | | | | | |
| 4. Clothes & personal items | 100.00 | 0.00 | | 0.00 | FA |
| Clothes & personal items | | | | | |
| 5. American Family Insurance Company Whole life polic | 1,500.00 | 0.00 | | 0.00 | FA |
| American Family Insurance Company Whole life policy $50,000 face value Borrowed $1,000.00 in June, 2013 Balance available $1,500.00 | | | | | |
| 6. Sole owner of at home business: North Avenue, Wauk | 1,000.00 | 0.00 | | 0.00 | FA |
| Sole owner of at home business: North Avenue, Waukegan, IL | | | | | |
| 7. 2002 Chevrolet Express 2500 Cargo Van | 3,500.00 | 0.00 | | 0.00 | FA |
| 2002 Chevrolet Express 2500 Cargo Van | | | | | |
| 8. 1998 Chevy Silverado truck (inoperable) | 500.00 | 0.00 | | 0.00 | FA |
| 1998 Chevy Silverado truck (inoperable) | | | | | |
| TOTALS (Excluding Unknown Values) | $106,650.00 | $0.00 | | $55,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING TDR - 1/8/2018. TRUSTEE SENT TFR TO US TEE FOR REVIEW - 6/15/17. TRUSTEE REISSUED CHECK TO BRADBURY; TFR TO FOLLOW - JUNE 7, 2017. TRUSTEE ISSUED CHECK TO RESOLVE LIEN WITH BRADBURY'S ON 3/20/17 - 3/28/17. TRUSTEE

LFORM1                                                                                                                                   Ver: 20.00g
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 13-31202 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, MICHAEL R. | Date Filed (f) or Converted (c): | 08/05/13 (f) |
| | | 341(a) Meeting Date: | 09/12/13 |
| | | Claims Bar Date: | 01/21/14 |

RESOLVING OUTSTANDING LIEN THAT ATTACHED TO SALE PROCEEDS - 1/10/17. TRUSTEE ATTEMPTING TO SETTLE LIEN ISSUES - 10/31/16. TRUSTEE FILED MOTIONS TO EMPLOY SPECIAL COUNSEL AND SELL REAL ESTATE - 7/31/16. WAITING FOR PROPERTY TO SELL - 4/30/16. PROPERTY IS LISTED FOR SALE BUT NO OFFERS YET - 01/20/16. BROKER HAS BEEN EMPLOYED AND PROPERTY LISTED FOR SALE - Oct. 31, 2015. NO CHANGE - July 30, 2015. TRUSTEE IS EMPLOYING A REAL ESTATE BROKER - April 30, 2015. TRUSTEE FILING MOTION TO SELL FREE AND CLEAR OF LIENS - Jan. 17, 2015. TRUSTEE DETERMINED THAT MORTGAGE WAS RECORDED IN THE WRONG COUNTY. TRUSTEE WILL EMPLOY REAL ESTATE BROKER AND SELL PROPERTY. - July 17, 2014. SAME - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 09/30/15    Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-31202 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, MICHAEL R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6470 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3923 | | | |
| For Period Ending: | 03/21/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/13/16 | 1 | CHICAGO TITLE & TRUST COMPANY<br>5101 WASHINGTON STREET, #23<br>GURNEE, IL 60031 | Sale of real estate | | 29,708.74 | | 29,708.74 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:     55,000.00<br>SALE OF REAL ESTATE | 1110-000 | | | |
| | | COLDWELL BANKER | Memo Amount:   (     2,715.00 )<br>Broker's real estate commission<br>Cash surrender value | 3510-000 | | | |
| | | COUVALL REAL ESTATE | Memo Amount:   (     1,080.00 )<br>Broker's real estate commission | 3510-000 | | | |
| | | CHICATO TITLE | Memo Amount:   (     2,515.50 )<br>Title charges & prorations | 2500-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount:   (        55.00 )<br>Transfer Taxes | 2820-000 | | | |
| | | CITY OF WAUKEGAN WATER DEPT | Memo Amount:   (       195.78 )<br>water bill | 2500-000 | | | |
| | | NORTH SHORE WATER RECOLAMATION DIST | Memo Amount:   (       117.58 )<br>Water District | 2500-000 | | | |
| | | | Memo Amount:   (        50.00 )<br>Walk Through Credit | 2500-000 | | | |
| | | MICHAEL R. SMITH | Memo Amount:   (    15,000.00 )<br>Homestead | 8100-000 | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:   (     3,534.90 )<br>Real estate taxes | 2820-000 | | | |
| | | LAKE COUNTY | Memo Amount:   (        27.50 )<br>Transfer Taxes | 2820-000 | | | |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.06 | 29,681.68 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.12 | 29,637.56 |

Page Subtotals      29,708.74           71.18

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-31202 -ABG | | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, MICHAEL R. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******6470 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3923 | | | | |
| For Period Ending: | 03/21/18 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.64 | 29,594.92 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.00 | 29,550.92 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.52 | 29,508.40 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.87 | 29,464.53 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.81 | 29,420.72 |
| 02/20/17 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA  70139 | BOND#016073584 | 2300-000 | | 14.20 | 29,406.52 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.51 | 29,367.01 |
| * 03/20/17 | 300002 | BRAD'S PRINTING<br>C/O JACK BRADBURY, PRESIDENT<br>925 W GLEN FLORA AVENUE<br>WAUKEGAN, IL  60085 | SETTLEMENT OF CLAIM | 4120-004 | | 2,500.00 | 26,867.01 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.66 | 26,823.35 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 26,781.16 |
| * 06/06/17 | 300002 | BRAD'S PRINTING<br>C/O JACK BRADBURY, PRESIDENT<br>925 W GLEN FLORA AVENUE<br>WAUKEGAN, IL  60085 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 4120-004 | | -2,500.00 | 29,281.16 |
| 06/06/17 | 300003 | BRAD'S PRINTING<br>519 N. FROLIC AVENUE<br>WAUKEGAN, IL  60085 | SETTLEMENT OF CLAIM | 4120-000 | | 2,500.00 | 26,781.16 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.53 | 26,737.63 |
| 08/16/17 | 300004 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,861.67 | 24,875.96 |
| 08/16/17 | 300005 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Claim ADMIN 1, Payment 100.00000% | | | 4,755.35 | 20,120.61 |

Page Subtotals   0.00   9,516.95

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-31202 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, MICHAEL R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6470  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3923 | | | |
| For Period Ending: | 03/21/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/16/17 | 300006 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Fees        4,750.00<br>Expenses        5.35<br>Claim ADMIN 2, Payment 100.00000% | 2100-000<br>2200-000 | | 3,870.11 | 16,250.50 |
| 08/16/17 | 300007 | RICHARD PATINKIN<br>89 LINCOLNWOOD<br>HIGHLAND PARK, IL  60015 | Fees        3,723.33<br>Expenses        146.78<br>Claim ADMIN 3, Payment 100.00000% | 3110-000<br>3120-000<br>3210-600 | | 2,962.00 | 13,288.50 |
| 08/16/17 | 300008 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000005A, Payment 17.23319% | 5800-000 | | 13,288.50 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 55,000.00 | COLUMN TOTALS | 29,708.74 | 29,708.74 | 0.00 |
| Memo Allocation Disbursements: | 25,291.26 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 29,708.74 | 29,708.74 | |
| Memo Allocation Net: | 29,708.74 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 29,708.74 | 29,708.74 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 55,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 25,291.26 | Checking Account (Non-Interest Earn - *******6470 | 29,708.74 | 29,708.74 | 0.00 |
| Total Memo Allocation Net: | 29,708.74 | | 29,708.74 | 29,708.74 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          20,120.61

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-31202 -ABG |
| Case Name: | SMITH, MICHAEL R. |
| Taxpayer ID No: | *******3923 |
| For Period Ending: | 03/21/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6470  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals     0.00     0.00

Ver: 20.00g